# THE STATE OF TEXAS
# M A N D A T E
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE 273RD DISTRICT COURT OF SHELBY COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 29th day of August, 2014, the cause upon appeal to revise or reverse your judgment between

**JOAQUIN INDEPENDENT SCHOOL DISTRICT, Appellant**

**NO. 12-13-00038-CV; Trial Court No. 08-CV-30,215**

Opinion by Brian Hoyle, Justice.

**SHELBY COUNTY APPRAISAL DISTRICT, SHELBY COUNTY APPRAISAL REVIEW BOARD, SHELBYVILLE INDEPENDENT SCHOOL DISTRICT, Appellees**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the oral arguments, appellate record, and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below be in all things **affirmed**, and that all costs of this appeal are hereby adjudged against the Appellant, **JOAQUIN INDEPENDENT SCHOOL DISTRICT**, for which execution may issue, and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 21st day of May, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk